**Order entered October 26, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01263-CV

## IN RE CYRIL PATRICK FERNANDEZ, Relator

**Original Proceeding from the 380th Judicial District Court
Collin County, Texas
Trial Court Cause No. 380-04314-2016**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** relator to bear the costs, if any, of this original proceeding.

/s/     CRAIG STODDART
        JUSTICE